IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ERIC ORTIZ, Individually and on Behalf**                                    **PLAINTIFFS**
**of All Others Similarly Situated**


vs.                                    No. 2:23-cv-40-Z


**MINSK HOSPITALITY MANAGEMENT, LLC,**
**AMARILLO HOSPITALITY GROUP, LLC,**
**and JIJU THOMAS VITHAYATHIL**                                    **DEFENDANTS**


## <u>MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS</u>

Plaintiff Eric Ortiz ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his undersigned counsel, for his Motion for Extension of Time for Service of Process ("Motion"), states and alleges as follows:

1.      Plaintiff makes this request in good faith; this Motion is made for good cause and not for the purpose of delay.

2.      On March 14, 2023, Plaintiff filed his Original Complaint against Defendants Minsk Hospitality Management, LLC, Amarillo Hospitality Group, LLC and Jiju Thomas Vithayathil.

3.      Plaintiff's original deadline to serve Defendants is June 12, 2023.

4.      Plaintiff engaged a process server on or around April 17, 2023, but efforts to serve Defendants have continued to be unsuccessful.

5.      The process server has tried multiple different addresses, but service has been unsuccessful.

6.      The process server has contacted an employee of Minsk Hospitality

Page 1 of 3
Eric Ortiz, et al. v Minsk Hospitality Management, LLC, et al.
U.S.D.C. (N.D. Tex.) No. 2:23-cv-40-Z
Motion for Extension of Time for Service of Process

Management and was told that the defendant is out of the country.

7.      On May 19, 2023, the process server contacted an employee of Minsk Hospitality and was told that a manager would be in after 3:00 p.m. to accept the documents. The process server has not been able to contact a manager since that date.

8.      Plaintiff believes that with additional time and continued diligent efforts, Defendants will be successfully served.

9.      For the good cause shown, Plaintiff seeks a 90-day extension to serve process on Defendants.

10.     Defendants will not be harmed or prejudiced if this Court grants the relief requested herein.

WHEREFORE, premises considered, Plaintiff respectfully requests that this Court enter an Order allowing him an additional 90 days, up to and including September 11, 2023, in which to serve the Summons and Original Complaint on Defendants, and for any other relief that the Court deems just and proper.

Page 2 of 3
Eric Ortiz, et al. v Minsk Hospitality Management, LLC, et al.
U.S.D.C. (N.D. Tex.) No. 2:23-cv-40-Z
Motion for Extension of Time for Service of Process

Respectfully submitted,

**PLAINTIFF ERIC ORTIZ, Individually
And on Behalf of All Others Similarly
Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 3 of 3
Eric Ortiz, et al. v Minsk Hospitality Management, LLC, et al.
U.S.D.C. (N.D. Tex.) No. 2:23-cv-40-Z
Motion for Extension of Time for Service of Process**