IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ERIC ORTIZ, Individually and on Behalf**     **PLAINTIFFS**
of All Others Similarly Situated

vs.           No. 2:23-cv-40-Z

**MINSK HOSPITALITY MANAGEMENT, LLC,**
**AMARILLO HOSPITALITY GROUP, LLC,**
**and JIJU THOMAS VITHAYATHIL**     **DEFENDANTS**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### FOR SERVICE OF PROCESS

The Court, having reviewed the Motion for Extension of Time for Service of Process, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the deadline to serve Defendants is extended to September 11, 2023.

ORDERED on June _____, 2023.

                                   _____
                                              Hon. _____
                                            United States _____ Judge