IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ERIC ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CV-040-Z-BR |
| | § | |
| MINSK HOSPITALITY | § | |
| MANAGEMENT, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING IN PART MOTION TO EXTEND TIME

Before the Court is Plaintiff's Motion for Extension of Time to File Proof of Service. (ECF 7). For the reasons stated therein, the Motion is GRANTED IN PART.

Plaintiff is directed to file proof of service **on or before August 28, 2023**.

IT IS SO ORDERED.

ENTERED June 13, 2023.

*[signature]*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE