**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **ERIC ORTIZ, Individually and on Behalf** | § | |
| **Of All Others Similarly Situated,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 2:23-cv-00040** |
| **MINSK HOSPITALITY MANAGEMENT, LLC,** | § | |
| **AMARILLO HOSPITALITY GROUP, LLC** | § | |
| **and JIJU THOMAS VITHAYATHIL,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING UNOPPOSED MOTION REGARDING
DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Now before the Court is Defendants' Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint.  The Court, having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.  It is, therefore,

**ORDERED** that Defendants have until and including July 17, 2023, to answer or respond to Plaintiff's Complaint.

**SIGNED** this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE