IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ERIC ORTIZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MINSK HOSPITALITY MANAGEMENT, LLC, AMARILLO HOSPITALITY GROUP, LLC, and JIJU THOMAS VITHAYATHIL,<br><br>Defendants. | 2:23-CV-040-Z-BR |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension to Respond to Plaintiff's Complaint (ECF No. 9) ("Motion"), filed on June 29, 2023. Having considered the Motion, the Court **GRANTS** the Motion. Defendants shall file an answer or otherwise respond on or before **July 17, 2023**.

**SO ORDERED**.

July _7_, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE