IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ERIC ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:23-CV-040-Z-BQ |
| | § | |
| MINSK HOSPITALITY | § | |
| MANAGEMENT, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO OBTAIN LOCAL COUNSEL

Northern District of Texas Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside or maintain a principal office in this District. Thus, within **twenty-one (21) days** from the date of this Order, Plaintiff shall file the entry of appearance of local counsel satisfying Local Rule 83.10(a)'s requirements. Any other party entering an appearance after the date of this Order who is required to obtain local counsel shall have **twenty-one (21) days** from the entry of such appearance to secure local counsel and file an entry of appearance of counsel satisfying Local Rule 83.10(a)'s requirements.

A plaintiff's failure to obtain local counsel may result in a recommendation to the District Judge for dismissal without prejudice of this action without further notice. A defendant's failure to obtain local counsel may subject the defendant to a recommendation to the District Judge for entry of default judgment without further notice.

**SO ORDERED.**

Dated: July 7, 2023.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE