IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ERIC ORTIZ, Individually and on Behalf Of All Others Similarly Situated,<br>          Plaintiff,<br><br>v.<br><br>MINSK HOSPITALITY MANAGEMENT, LLC, AMARILLO HOSPITALITY GROUP, LLC, and JIJU THOMAS VITHAYATHIL,<br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:23-cv-00040-Z-BQ<br>§<br>§<br>§<br>§ |

**DEFENDANTS' DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PERSONS**

Defendants Minsk Hospitality Management, LLC ("Minsk Hospitality"), Amarillo Hospitality Group, LLC ("Amarillo Hospitality"), and Jiju Thomas Vithayathil ("Vithayathil") (collectively, "Defendants") file this Disclosure Statement and Certificate of Interested Persons pursuant to FRCP 7.1 and Local Rule 3.1(c) and show the Court as follows:

**DISCLOSURE STATEMENT**

1. Minsk Hospitality Management, LLC is a limited liability company with no publicly traded parent entities or subsidiaries.

2. Amarillo Hospitality Group, LLC is a limited liability company with no publicly traded parent entities or subsidiaries.

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record states to the best of her knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships,

corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case:

1. Minsk Hospitality Management, LLC
2. Amarillo Hospitality Group, LLC
3. Jiju Thomas Vithayathil
4. Eric Ortiz
5. Sprouse Shrader Smith PLLC
6. Sanford Law Firm, PLLC

Dated: July 17, 2023.

       Respectfully submitted,

**SPROUSE SHRADER SMITH PLLC**
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, TX 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454
Email: iwana.rademaekers@sprouselaw.com

**BY:** /s/ Iwana Rademaekers
     Iwana Rademaekers, Esq.
     State Bar of Texas No. 16452560

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

>Colby Qualls, Esq.
>Email: colby@sanfordlawfirm.com
>
>Josh Sanford, Esq.
>Email: josh@sanfordlawfirm.com

|   July 17, 2023 | /s/ Iwana Rademaekers |
|---|---|
| Date | Iwana Rademaekers |