AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Eric Ortiz ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00040-Z |
| Minsk Hospitality Management, LLC, Amarillo Hospitali ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Eric Ortiz.

Date:   07/26/2023

/s/ Katherine Serrano
*Attorney's signature*

Katherine Serrano , Texas Bar No. 24110764
*Printed name and bar number*

400 North St. Paul Street
Suite 700, Dallas, TX 75201

*Address*

kserrano@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*