AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| Eric Ortiz | ) |
| *Plaintiff* | ) |
| v. | ) |
| Minsk Hospitality Management, LLC, Amarillo Hospitali | ) |
| *Defendant* | ) |

Case No.   2:23-cv-00040-Z

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Eric Ortiz                                                                                      .

Date:  ___ 07/26/2023 ___

/s/ Matthew McCarley
*Attorney's signature*

Matthew McCarley, TX Bar No. 24041426
*Printed name and bar number*

400 North St. Paul Street
Suite 700, Dallas, TX 75201

*Address*

mcmcarley@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*