IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **ERIC ORTIZ, Individually and on Behalf**<br>**Of All Others Similarly Situated** | | **PLAINTIFF** |
| vs. | No. 2:23-cv-00040-Z-BQ | |
| **MINSK HOSPITALITY MANAGEMENT, LLC,**<br>**AMARILLO HOSPITALITY GROUP, LLC,**<br>**and JIJU THOMAS VITHAYATHIL** | | **DEFENDANTS** |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiff Eric Ortiz, individually and on behalf of all others similarly situated, in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Iwana Rademaekers
Sprouse Shrader Smith PLLC
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, TX 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454
Iwana.rademaekers@sprouselaw.com

*/s/ Colby Qualls*
**Colby Qualls**