IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ERIC ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:23-CV-040-Z-BQ |
| | § | |
| MINSK HOSPITALITY | § | |
| MANAGEMENT, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 7, 2023, the Court entered an order directing Plaintiff to obtain local counsel. ECF No. 12. In that order, the Court noted that Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside or maintain a principal office in this District. *See* N.D. TEX. LOC. CIV. R. 83.10(a). The Court ordered each party who is required to obtain local counsel under Local Rule 83.10 to file the entry of appearance of local counsel on or before July 28, 2023. ECF No. 12.

According to the Court's electronic filing system, Plaintiff Eric Ortiz has not complied with the Court's order. Plaintiff is represented by Joshua Jon Sanford of the Sanford Law Firm in Little Rock, Arkansas.[1] Because it does not appear that Mr. Sanford resides or maintains a principal office in this District, Plaintiff is **ORDERED** to comply with the Court's July 7, 2023 Order to Obtain Local Counsel and file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a)[2] on or before **August 9, 2023**.

---

[1] Although Plaintiff has also engaged the services of attorneys with Forester Haynie PLLC in Dallas, Texas (*see* ECF Nos. 16–18), compliance with Local Rule 83.10(a) is determined by lead counsel at the time the case is filed.

[2] "'Local counsel' means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located *within 50 miles* of the courthouse in the division in which the case is pending." N.D. TEX. LOC. CIV. R. 83.10(a) (emphasis added).

As noted in the July 7 order, a plaintiff's failure to obtain local counsel may result in a recommendation to the District Judge for dismissal without prejudice of this action without further notice.

**SO ORDERED.**

Dated: August 2, 2023.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE