IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ERIC ORTIZ, Individually and on Behalf**     **PLAINTIFF**
**Of All Others Similarly Situated**

vs.     No. 2:23-cv-00040-Z-BQ

**MINSK HOSPITALITY MANAGEMENT, LLC,**     **DEFENDANTS**
**AMARILLO HOSPITALITY GROUP, LLC,**
**and JIJU THOMAS VITHAYATHIL**

### UNOPPOSED MOTION TO WITHDRAW—ATTORNEY JOSH SANFORD

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1. Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. As noted in Mr. Qualls' Notice of Change of Law Firm Affiliation (ECF No. 18), he will remain as counsel of record on behalf of Plaintiff.

3. Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiff Eric Ortiz and all others similarly situated, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiff.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF CONFERENCE

I, Josh Sanford, do hereby certify that on August 8, 2023, counsel for Plaintiff communicated with Defendants' counsel about whether Defendants would oppose this Motion. Per Defendants' counsel, this Motion is **unopposed**.

                                                          */s/ Josh Sanford*
                                                          **Josh Sanford**

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Colby Qualls, Esq.
Katherine Serrano, Esq.
Matthew McCarley, Esq.
FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
Facsimile: (469) 399-1070
cqualls@foresterhaynie.com
kserrano@foresterhaynie.com
mcmcarley@foresterhaynie.com

Iwana Rademaekers
Sprouse Shrader Smith PLLC
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, TX 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454
Iwana.rademaekers@sprouselaw.com

                                                          */s/ Josh Sanford*
                                                          **Josh Sanford**