IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ERIC ORTIZ, Individually and on Behalf**     **PLAINTIFF**
**Of All Others Similarly Situated**

vs.     No. 2:23-cv-00040-Z-BQ

**MINSK HOSPITALITY MANAGEMENT, LLC,**     **DEFENDANTS**
**AMARILLO HOSPITALITY GROUP, LLC,**
**and JIJU THOMAS VITHAYATHIL**

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW—ATTORNEY JOSH SANFORD

Before the Court is Plaintiff's Attorney Josh Sanford's Unopposed Motion to Withdraw as Counsel ("Motion"). After considering the Motion, and noting that it is unopposed, the Court determines that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and that Attorney Josh Sanford is to be relieved as counsel for Plaintiff and that his appearance is withdrawn.

It is so **ORDERED.**

Signed this _____ day of August 2023.

_____
HON. _____
UNITED STATES _____ JUDGE