IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ERIC ORTIZ, Individually and on Behalf**     **PLAINTIFF**
**Of All Others Similarly Situated**

vs.     No. 2:23-cv-00040-Z-BQ

**MINSK HOSPITALITY MANAGEMENT, LLC,**     **DEFENDANTS**
**AMARILLO HOSPITALITY GROUP, LLC,**
**and JIJU THOMAS VITHAYATHIL**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### FOR RELIEF FROM LOCAL COUNSEL REQUIREMENT

NOW on the date set forth below, upon Plaintiff's Unopposed Motion for Relief from Local Counsel Requirement, this Court orders as follows:

1. Plaintiff's Motion for Relief from Local Counsel Requirement is hereby GRANTED.

2. Plaintiff's counsel is hereby relieved from the obligation to specify local counsel as required by Local Rule 83.10(a).

**IT IS SO ORDERED.**

Signed this _____ day of August 2023.

                                                                  _____
**HON. _____**
**UNITED STATES _____ JUDGE**