IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ERIC ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:23-CV-040-Z-BQ |
| | § | |
| MINSK HOSPITALITY | § | |
| MANAGEMENT, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 2, 2023, the Court entered a second order requiring Plaintiff Eric Ortiz to obtain local counsel because his lead counsel, Josh Sanford, does not maintain his principal office in this District. ECF No. 19. After entering that order, Ortiz filed the following two motions now before the Court: (1) Unopposed Motion to Withdraw filed by Mr. Sanford (ECF No. 20); and (2) Unopposed Motion for Relief from Local Counsel Requirement. ECF No. 21. Mr. Sanford moves to withdraw as counsel in this action because Colby Qualls—another lawyer that was previously associated with his firm and who was also named as counsel at the time of filing this case (*see* ECF No. 1))—has accepted employment with a different law firm and "will remain as counsel of record on behalf of" Ortiz. ECF No. 20; *see* ECF No. 18. Based on Mr. Sanford's request to withdraw, Ortiz maintains that he "is not required to hire local counsel . . . because [his] other counsel maintains their principal office in the Northern District of Texas." ECF No. 20, at 1. He nevertheless moves for leave to proceed without local counsel "in an abundance of caution" and to comply with the Court's August 2 order. *Id.* at 1–2.

Having considered the motions, the Court finds as follows:

(1) Ortiz's Motion to Withdraw is **GRANTED**. ECF No. 19. Josh Sanford shall be allowed to withdraw from this matter, and Colby Qualls, as well as Katherine Serrano and Matthew McCarley, attorneys associated with the firm Forester Haynie, PLLC in Dallas, Texas, will remain Ortiz's attorneys of record.

(2) Because Ortiz's lead counsel maintains their principal office in this District, Ortiz's Motion for Relief from Local Counsel Requirement is **DENIED as moot**. ECF No. 21.

**SO ORDERED.**

Dated: August _29_, 2023.

 

 

**D. GORDON BRYANT, JR.**
**UNITED STATES MAGISTRATE JUDGE**